UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-0016-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | |
| MARGARITA MARIA REGALADO | ) | |
| | ) | |

Upon motion of the United States, and counsel for the defendant, it is hereby ORDERED that the above captioned case be unsealed with the exception of Docket Entry #19 and good cause having been shown for such an Order, Case NO. 7:13-CR-0016-BO, except Docket Entry #19, are hereby unsealed.

This the _26_ day of _February_, 2014.

_/s/ Terrence Boyle_
UNITED STATES DISTRICT JUDGE